

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2020

August 17, 2020

**Via ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
New York, New York 10007

      RE:    USA vs Richard Feliz, *et al.*, S3-16-Cr-809 (VM)
              Emil Matute

Dear Judge Marrero:

    I represent Emil Matute in connection with the above referenced indictment. Mr. Matute's sentencing is scheduled for December 11, 2020. He respectfully requests that he be sentenced remotely, by video conference as soon as the Court has availability.

    Mr. Matute is prepared to knowingly and voluntarily waive his right to be physically present in the Courtroom during his sentencing, furthermore, I believe that it would be in the interests of justice to allow his sentence to be conducted remotely.

    The government consents to Mr. Matute's request to be sentenced remotely provided it is given one week to respond to Mr. Matute's sentencing memorandum.

    Your Honor's consideration of this request is greatly appreciated.

                           Respectfully yours,

                           */s/Thomas Ambrosio*
                           Thomas Ambrosio

cc:    Emil Matute

> The request for remote sentencing is granted. Sentencing will proceed via teleconference unless the Court finds videoconference is readily available.
>
> **SO ORDERED.**
> 8/18/2020
> DATE                         VICTOR MARRERO, U.S.D.J.

---

750 Valley Brook Avenue │ Lyndhurst │ New Jersey 07071 │ 201.935.3005 │ 201.935.7667 ∞ fax
tambrosio@legal750.com