USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :     **16 CR 809(VM)**
       -against-                   :         **ORDER**
                                   :
EMIL MATUTE,                       :
                                   :
               Defendant.          :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled sentencing in the above-referenced matter for September 9, 2020. (See Dkt. 550). It is hereby

**ORDERED** that the sentencing shall by adjourned until Friday, September 11, 2020 at 11 a.m.; and it is further

**ORDERED** that the Defendant's sentencing submission shall be filed no later than September 1, 2020; and it is further

**ORDERED** that the Government's sentencing submission shall be filed by no later than September 8, 2020.

**SO ORDERED:**

Dated:     New York, New York
           28 August 2020

_____
Victor Marrero
U.S.D.J.