```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :      **16 CR 809(VM)**
           -against-                     :         **ORDER**
                                         :
EMIL MATUTE,                             :
                                         :
                   Defendant.            :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing previously scheduled for Friday, September 11, 2020 at 11 a.m. is now scheduled for Friday, September 11, 2020 at 10:30 a.m.

In light of the ongoing public health emergency, the sentencing shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         2 September 2020

_____
Victor Marrero
U.S.D.J.